HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00058-LJO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| JESUS MOLINA, | |
| *Defendant.* | |

Defendant, Jesus Molina, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On May 13, 2014, Mr. Molina was sentenced to 46 months in custody with 5 years of supervised release. He began serving his term of supervised release on October 11, 2017.

Mr. Molina submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Molina Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED:  November 10, 2021                              */s/ Eric V Kersten*
                                                                             ERIC V. KERSTEN
                                                                             Assistant Federal Defender
                                                                             Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 10, 2021**         /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE