HEATHER E. WILLIAMS, #122664
Federal Defender
REED GRANTHAM, #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESUS MOLINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00058 JLT |
|---|---|
| Plaintiff, | *UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER |
| vs. | |
| JESUS MOLINA, | Hon. Jennifer L. Thurston |
| Defendant. | |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kirk Sherriff, as well as United States Probation Officer Miriam Olea, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. §

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

      Mr. Molina's underlying case arose out of the Eastern District of Washington. *See* Case No. 2:12-cr-06053-EFS-5. Mr. Molina was sentenced in that case on May 13, 2014, to 46 months in custody, with a 5 year term of supervised release to follow. *See* Dkt. #1074, #1076. Mr. Molina's term of supervised release began on October 11, 2017. *See* Case No. 1:18-cr-00058-LJO at Dkt. #2. Jurisdiction was transferred from the Eastern District of Washington to the Eastern District of California on March 22, 2018. *See* Dkt. #2.

      In total, as of the date of this filing, Mr. Molina has been on supervised release for a period of 4 years and 4 months (since October 11, 2017), out of the initially imposed 5 year term. During that time, Mr. Molina has not incurred any violations of supervised release and has remained in compliance all terms and conditions. He has maintained a steady residence in Madera, California, residing with his mother, and he has been consistently employed as a Safety Supervisor for Mid-Valley Labor Services Inc., an employment services company based out of Madera, since November 2017. Mr. Molina married in February 2019, however, his wife currently resides in Mexico while the two work with an immigration attorney to adjust her status. Notably, at the time of sentencing in the underlying case, Mr. Molina was placed in Criminal History Category I, meaning that at the time of his sentencing in 2014, he had a criminal history score of either 0 or 1. At present, Mr. Molina is not receiving counseling or drug testing or treatment services from probation and he is living a positive, pro-social, and law-abiding life.

      On February 7, 2022, undersigned counsel reached out via email to Mr. Molina's probation officer, Miriam Olea, regarding the position of probation in light of the above and with respect to this request. Ms. Olea indicated that she had "no objection to early termination" in Mr. Molina's case. Likewise, on February 9, 2022, undersigned counsel contacted Assistant United States Attorney Kirk Sherriff via email and inquired into the government's position with respect to this request, in light of probation's position. Mr. Sherriff responded by indicating that "[b]ased on probation's recommendation and the fact that Mr. Molina has served nearly all of his 5 year

supervised release term and we are not aware of any supervision violations over this time, the government does not object to the early termination of supervised release in this case." This unopposed motion was reviewed and approved by Mr. Sherriff and Officer Olea prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Molina and in the interests of justice.

HEATHER E. WILLIAMS
Federal Defender

Dated: February 11, 2022

/s/ *Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JESUS MOLINA

**O R D E R**

Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Jesus Molina's term of supervised release.

IT IS SO ORDERED.

Dated:  **February 11, 2022**

UNITED STATES DISTRICT JUDGE